# Exhibit D

U.S. 11,638,198

Title: Method and system for controlling a mobile communication device in a moving vehicle

Accused instrumentality: State Farm Drive Safe & Save

| Claim Language | Accused Instrumentality |
|---|---|
| 19. A system configured for modifying behavior a vehicle operator, comprising: | The accused instrumentality is State Farm's "Drive Safe & Save" Bluetooth beacon and related software support therefor. Upon information and belief, the State Farm Bluetooth beacon utilizes technology provided by Cambridge Mobile Telematics Inc. Moreover, upon information and belief, the State Farm Bluetooth beacon appears to be Cambridge Mobile Telematics' DriveWell Tag. While the preamble is not limiting, the Drive Safe & Save telematics platform concerns modifying behavior of a vehicle operator. |

| | |
|---|---|
| | <br><br>https://play.google.com/store/apps/details?id=com.statefarm.dssm&hl=en_US&gl=US<br><br>Further, to the extent this limitation is in dispute, formal discovery will reveal additional evidence that the accused instrumentality meets this limitation. |
| an electronic transponder device, comprising: | The accused instrumentality contains an electronic transponder device. As explained by State Farm: |

| | |
|---|---|
| | **What is a Bluetooth beacon and why do I need it?** ⌃ <br><br> The Bluetooth beacon is a small device which allows for the collection of your driving data while in your car. It stays in your car and allows your phone and the State Farm app to record trips in your car automatically — no need to open the app each time you drive. This way, you know the only trips being recorded are those in your car – not when you're using public transportation, ride sharing, riding a bicycle, etc. <br><br> The Bluetooth beacon has an expected battery life of 3-4 years. If we detect your beacon's battery is getting low, we will automatically send you a new one. When we do this, we'll also send you an email with tracking information. <br><br> However, if the light does not display on the Bluetooth beacon when the button is held down for 5-8 seconds, a replacement may be needed. Just **request a replacement** online. <br><br> https://www.statefarm.com/customer-care/faqs/drive-safe-save#accordion-59ab055521-item-ab6b920285 <br><br> Further, to the extent this limitation is in dispute, formal discovery will reveal additional evidence that the accused instrumentality meets this limitation. |
| a battery module; | The accused instrumentality's electronic transponder device contains a battery module. <br><br>  <br><br> Battery on Drive and Save Tag board <br> https://www.youtube.com/watch?v=ayYurdqpWWI <br><br> Moreover, as explained above, the provided Bluetooth beacon "has an expected battery life of 3-4 years." <br><br> https://www.statefarm.com/customer-care/faqs/drive-safe-save#accordion-59ab055521-item-ab6b920285 <br><br> Further, to the extent this limitation is in dispute, formal discovery will reveal additional evidence that the accused instrumentality meets this limitation. |

| | |
|---|---|
| an accelerometer module configured to output data indicative of one or more of a vibration, a movement, and an acceleration of the electronic transponder device; | The accused instrumentality's electronic transponder device contains an accelerometer module configured to output data indicative of one or more of a vibration, a movement, and an acceleration of the electronic transponder device.<br><br>**Here's how it works**<br><br>The State Farm app pairs with the Bluetooth beacon we'll send you after enrollment for Drive Safe & Save. Keep your Bluetooth and location services on to automatically record trips when your phone connects to the beacon in your car. What type of driving feedback do you get?<br><br>• Quick acceleration        • Speeding<br>• Hard braking        • Distracted driving<br>• Fast cornering<br><br>https://www.statefarm.com/customer-care/download-mobile-apps/drive-safe-and-save-mobile<br><br>**DriveWell Tag**<br><br>The drive will Tag is a Bluetooth Low Energy (BLE) device with an embedded accelerometer and clock that is used to measure vehicle dynamics.<br><br>Designed to augment smartphone sensors as part of a telematics program, the Tag continuously captures and records all drives for a given vehicle, even when the smartphone is absent.<br><br>The Tag is affixed to the vehicle's windshield and is configured to securely pass its recorded data to the smartphone via BLE for an enhanced, highly accurate picture of each drive.<br><br>https://manuals.plus/cambridge/000620-drivewell-tag-manual#google_vignette |

|  | Further, to the extent this limitation is in dispute, formal discovery will reveal additional evidence that the accused instrumentality meets this limitation. |
| --- | --- |
| a controller electrically connected to the accelerometer module configured to:<br><br>• establish a communication link to a controllable mobile device using a short-range wireless communication protocol, wherein the controllable mobile device is configured to transmit and receive text messages, transmit and receive voice communications, and provide internet access,<br><br>• transmit, using the established communication link. at least a portion of the accelerometer data to the controllable mobile device, | The accused instrumentality's electronic transponder device contains a controller connected to the accelerometer module configured to establish a communication link to a controllable mobile device using a short-range wireless communication protocol, wherein the controllable mobile device is configured to transmit and receive text messages, transmit and receive voice communications, and provide internet access, and transmit, using the established communication link. at least a portion of the accelerometer data to the controllable mobile device.<br><br>Upon information and belief, the State Farm Bluetooth beacon connects to a driver's cell phone (a controllable mobile device capable of transmitting and receiving text messages, voice communications, and internet access) using Bluetooth (a short-range wireless communication protocol).<br><br><br><br>BlueTooth Chip on Drive and Save Tag board<br>https://www.youtube.com/watch?v=ayYurdqpWWI |



**Tag Linking**
To link a new Tag to your smartphone, do the following:

1. Ensure the device has a network connection and that Bluetooth is turned on.
2. Use the smartphone to launch the telematics app with the provided activation code.
3. Accept the app permissions you are prompted to accept, including Bluetooth and Location.
4. Select your vehicle from the list of vehicles displayed in the app. The app displays only vehicles associated with you.
5. Press the button on the Tag to activate it from its shipping state. The telematics app on the smartphone and the Tag communicate over BLE. The Tag's MAC Address is sent to the backend by the SDK via the Internet. In the backend, it is authenticated and linked to the selected vehicle and to all user accounts associated with it.

https://fcc.report/FCC-ID/2AFGD000620/5462420.pdf

To keep your discount, you'll need to finish setup with your beacon. It's easy. Here's how: Once you receive your beacon in the mail, take it to your car with your smartphone. Open the State Farm app and navigate to the Safe & Save tab. Then, tap Complete Setup for your car. Press and hold down the button on the beacon until it lights up briefly. This can take up to 8 seconds. The app will be searching for beacons while you do this. When you see it in the app, select the beacon ID that matches the one printed on the side of your beacon. Once you receive the message in the app that the beacon has been paired, use the sticker on the beacon to adhere it to your windshield behind the rearview mirror**.

https://www.statefarm.com/customer-care/download-mobile-apps/drive-safe-and-save-mobile

| | |
|---|---|
| | **System Requirements**<br>The system requires an iOS or Android smartphone that can connect to a cellular network with a data plan. To minimize data plan usage, it is possible to select an option within the app to upload trip data via Wi-Fi. If this option is selected, trip processing and data availability may be delayed until the next time the app is connected to Wi-Fi.<br><br>The app requires access to Location Services to function properly. The app will ask for permission to use Location Services. Users must allow Location Services to ensure correct performance of the system.<br><br>For the Tag to be able to communicate with the smartphone, Bluetooth needs to be active during each trip. Bluetooth must be enabled for the system to function properly, and the app will request permission to use Bluetooth.<br><br>The Tag must be affixed properly in the vehicle using the provided adhesive backing tape to record reliable data.<br><br>https://fcc.report/FCC-ID/2AFGD000620/5462420.pdf<br><br><br>Further, to the extent this limitation is in dispute, formal discovery will reveal additional evidence that the accused instrumentality meets this limitation. |
| a network based data processing system comprising a data storage system configured to receive data from the controllable mobile device; | The accused instrumentality contains a network based data processing system comprising a data storage system configured to receive data from the controllable mobile device. Upon information and belief, State Farm receives data from a user's cellular phone (potentially facilitated by State Farm's mobile application), and stores that information for use in its Drive Safe and Save functionality.<br><br>**Drive Safe & Save participants**<br><br>I understand and agree that all of the preceding terms apply to my use of the Drive Safe & Save functionality.<br><br>In order to use the Drive Safe & Save functionality of the Application, you will need to enroll and register your vehicle in the Drive Safe & Save program. As part of your enrollment in the Drive Safe & Save program, you will need to review and agree to the program consent. In order to initiate Drive Safe & Save, you must connect the Bluetooth beacon ("Beacon") to the Application to ensure that State Farm receives your data. The Beacon operates using a battery. You should<br><br>https://www.statefarm.com/general/end-user-licensing-agreement |

State Farm periodically requires updates to the Application. If the Beacon does not have a working battery, or if the Application is not up to date, your data will not be transmitted to State Farm. In order to make sure that the Beacon and Application are transmitting data to State Farm, you should regularly log in to and open the Application. If the Application indicates that it is not connected to the Beacon, and is not transmitting data to State Farm, you are responsible for installing any available updates to the Application, and replacing the Beacon, if necessary. If you are unable to update the Application or connect it to the Beacon, you should contact State Farm immediately.

Failure to make sure your Beacon is connected to the Application, and failure to install necessary updates to the Application, may impede transmission of your data to State Farm, and may affect your Drive Safe & Save premium adjustment and eligibility for Drive Safe & Save. You are responsible for complying with the terms of Drive Safe & Save. If you become aware that your Beacon and Application are not functioning properly, you are responsible for replacing the Beacon and installing updates to the Application. If you become aware that the data is not being transmitted to State Farm, you are responsible for notifying State Farm. If State Farm determines the Beacon is no longer sending communications, State Farm may send the Application a silent push to enable the Application to start sending communications again.

https://www.statefarm.com/general/end-user-licensing-agreement

## Drive Safe & Save privacy information

In addition to information listed under "Your privacy" above, you understand and agree in addition to information that you intentionally and voluntarily submit to State Farm in connection with your use of the Application and its features, State Farm may collect the following categories and types of information from you in order to provide the Drive Safe & Save functionality and that the information State Farm collects will depend on how you use the Application:

- Precise location while driving so trip routes and safety events can be displayed on maps for you to review
  - Background location access is required so the Application doesn't need to be open during trips.
  - Trip recording has no UI (user interface), but recorded trips are displayed on maps for your review.
  - All recorded trips are used to calculate your premium adjustment.
- Phone sensor/movement data (display status, accelerometer, gyroscope, magnetometer, etc.)
- Trip information (date and time, speed, miles driven, etc.)
- Patterns of application usage, user interaction, and screen views (analytics)

Once you enroll your vehicle and complete setup, this information will be collected and transmitted to State Farm, even if you are a passenger in your vehicle. The Application will keep your Bluetooth connection active to continuously collect this information about your vehicle. State Farm will use this information and any associated data collected through third parties (such as data transmitted through private and third-party networks) for a variety of purposes, including but not limited to: underwriting, insurance rating, claim handling; (such as accident reconstruction) and research purposes, and may include the use of third-party service providers.

https://www.statefarm.com/general/end-user-licensing-agreement

Further, to the extent this limitation is in dispute, formal discovery will reveal additional evidence that the accused instrumentality meets this limitation.

| | |
|---|---|
| at least one electronic processor electrically connected to the data storage system being configured, wherein the system is further | The accused instrumentality contains at least one electronic processor electrically connected to the data storage system being configured, wherein the system is further configured to: receive the accelerometer data, and generate a report, based on at least a portion of the data, the report includes information indicative of vehicle operator interaction with the controllable mobile device or use of the controllable mobile device in |

| | |
|---|---|
| configured to: receive the accelerometer data, and generate a report, based on at least a portion of the data, the report includes information indicative of vehicle operator interaction with the controllable mobile device or use of the controllable mobile device in a distractive manner and information indicative of vehicle operation. | a distractive manner and information indicative of vehicle operation. Upon information and belief, State Farm receives the accelerometer data from its Bluetooth beacon (using its customer's cellular phone) and generates a report which includes phone distraction and information indicative of vehicle operation.<br><br><br><br>https://www.statefarm.com/insurance/auto/discounts/drive-safe-save |

**What type of driving feedback is gathered for Drive Safe & Save?**

Your discount is based on your annual mileage* and driving characteristics. The more you're on the road, the more likely an accident could occur, so HOW you drive those miles is just as important as how many miles you drive. To help maximize your discount opportunity, concentrate on smooth and consistent driving.

After each trip, the State Farm app shows you a map of your route and driving events along the way. While not everything the app shows you impacts your discount, the feedback all contributes toward you being the safest driver you can be.

- **Acceleration** – Starting fast off the line? The app will show you where you might have accelerated faster than is generally considered safe. Quick acceleration can make cars more difficult to control.
- **Braking** – The app will show you if you've made any fast, hard stops. We understand there are times you need to stop quickly to avoid a collision. However, making frequent fast stops is indicative of driving too fast and following too closely. Maintain a safe speed and distance to avoid collisions. Keep an eye on your braking scores to help see if this has become a habit for you.
- **Cornering** – You'll see along your route if you make any quick, sharp turns. These indicate you may have not allowed yourself proper time and clearance for the turn. For example, turning left in front of oncoming traffic at an intersection.
- **Phone Distraction** – Distracted driving is a serious problem, and one of the highest predictors of accidents. It's important to keep your hands on the wheel and your eyes on the road. Phone distraction will appear in the app when these three things happen at the same time:
  - The vehicle is moving,
  - The phone recording the trip is moving within the vehicle, and
  - The phone screen is on.
- **Speed** – The app shows you when you've exceeded the speed limit by 8 miles per hour or more. We think it's important for you to understand when this happens – and maybe how it impacts other driving characteristics, like acceleration, braking, and cornering.

https://www.statefarm.com/customer-care/download-mobile-apps/drive-safe-and-save-mobile

Further, to the extent this limitation is in dispute, formal discovery will reveal additional evidence that the accused instrumentality meets this limitation.