# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

KATASI, LLC,
Plaintiff

v.

3:26-cv-2159
Civil Action No.

STATE FARM AUTOMOBILE INSURANC
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff Katasi, LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Katasi, LLC

Date: 06/29/2026

Signature: /s/Christopher M. Joe

Print Name: Christopher M. Joe

Bar Number: 00787770

Address: 1700 Pacific Avenue, Suite 4750

City, State, Zip: Dallas, Texas 75201

Telephone: 214-466-1272

Fax: 214-365-1828

E-Mail: Chris.Joe@BJCIPLaw.com

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.