**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| KATASI, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:26-cv-02159-B |
| | § | |
| STATE FARM AUTOMOBILE | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| *Defendant.* | § | |

**PLAINTIFF'S NOTICE OF ATTORNEY APPEARANCE**

Plaintiff Katasi, LLC hereby notifies the Court that Michael W. Doell of the firm Buether

Joe & Counselors, LLC has entered this action as counsel to be notified on its behalf.

Counsel may be contacted as follows:

> Michael W. Doell
> Buether Joe & Counselors, LLC
> 1700 Pacific Avenue
> Suite 4750
> Dallas, Texas 75201
> Telephone:    (214) 466-1274
> Facsimile:    (214) 635-2992
> Email:        Mike.Doell@BJCIPLaw.com

| Dated: June 29, 2026 | Respectfully submitted, |
|---|---|
| | **BUETHER JOE & COUNSELORS, LLC** |
| | */s/ Michael W. Doell*<br>Michael W. Doell<br>State Bar No. 24127525<br>Christopher M. Joe (Lead Counsel)<br>State Bar No. 00787770<br>Chris.Joe@BJCIPLaw.com<br><br>1700 Pacific Avenue<br>Suite 4750<br>Dallas, Texas 75201<br>Telephone:    (214) 466-1272<br>Facsimile:    (214) 635-1828<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**KATASI, LLC** |

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule CV-5(c), the undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 29th day of June. Any other counsel of record will be served by facsimile transmission.

/s/ Michael W. Doell
Michael W. Doell