AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Katasi LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:26-cv-02159-K |
| | ) | |
| | ) | |
| State Farm Automobile Insurance | ) | |
| Company | ) | |
| *Defendant* | | |

## Summons in a Civil Action

**TO:** State Farm Automobile Insurance Company

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Christopher Joe
1700 Pacific Avenue
Suite 4750
Dallas , TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  06/30/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-02159-K

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) State Farm Automobile Insurance Company c/o Corporation Service Company
was received by me on (*date*) 07/10/2026 .

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ other (*specify*) USPS Tracking No.  - State Farm Automobile Insurance Company c/o Corporation Service Company
211 E 7th Street, STE 620, Austin, TX, 78701

My fees are $ _____ for travel and $ 6.88 _____ for services, for a total of $ 6.88 _____

I declare under penalty of perjury that this information is true.

Date: 07/14/2026 _____                    _____
                                                    Server's signature

                                                    Christopher M. Joe
                                                    _____
                                                    Printed name and title
                                                    Buether Joe & Counselors, LLC
                                                    1700 Pacific Ave., Suite 4750, Dallas, Texas 75201
                                                    _____
                                                    Server's address

Additional information regarding attempted service, etc:

7/14/26, 2:39 PM                    USPS Tracking® | USPS

Case 3:26-cv-02159-K     Document 9     Filed 07/14/26     Page 3 of 4     PageID 224
ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROU…

# USPS Tracking®

FAQs  >

**Tracking Number:**

Remove ✕

# 9434650105797029278523

Copy          **Add to Informed Delivery**

## Latest Update

Your item has been delivered to an agent and left with an individual at the address at 10:36 am on July 10, 2026 in AUSTIN, TX 78701.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

## Delivered to Agent

**Delivered to Agent, Left with Individual**

AUSTIN, TX 78701
July 10, 2026 10:36 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Text & Email Updates                                    ⌄

USPS Tracking Plus®                                      ⌄

Product Information                                      ⌄

**See Less** ︿

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs